United States District Court
Southern District of Texas
**ENTERED**
February 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Linda Long, | § | |
| | § | |
| V. | § | Civil Action No. H-15-1283 |
| | § | |
| Omni Hotels Management | § | |
| Corporation, | § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Quash Deposition Notice of Linda Long. According to the local rules the Defendant has 21 days to file a response to the pending motion[1]. Due to the fact that the deposition notice is for February 19, 2016 the Court is going to reset the date for filing the response to the Motion to Quash Deposition Notice of Linda Long. Therefore, it is hereby

ORDERED that any response to the Motion to Quash Deposition Notice of Linda Long must be filed no later than noon on February 12, 2016.

Signed at Houston, TX on the ___3___ day of February, 2016.

DAVID HITTNER
United States District Judge

---

[1] LR7.3